U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>HISENSE USA CORPORATION<br><br>V.<br><br>REX RADIO AND TELEVISON, INC. | Case Number:<br>**FILED: JULY 3, 2008<br>08CV3820<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE BROWN<br>AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HISENSE USA CORPORATION

| |
|---|
| NAME (Type or print)<br>ELLIOT S. WICZER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/ ELLIOT S. WICZER |
| FIRM<br>WICZER & ZELMAR, LLC |
| STREET ADDRESS<br>500 SKOKIE BLVD., suite 350 |
| CITY/STATE/ZIP<br>Northbrook, Illinois 60062 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6208432 | TELEPHONE NUMBER<br>847-849-4800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ |