IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HISENSE USA CORPORATION, a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 08 CV 3820 |
| KELLY & COHEN APPLIANCES, INC. d/b/a REX | ) ) ) ) | Judge Holderman |
| Defendant. | ) | Magistrate Judge Brown |

### NOTICE OF FILING

To:   Edward Kress, Registered Agent
    10 Courthouse Plaza, SW
    Dayton, Ohio  45401-3808

   Please take notice that on July 17, 2008, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, Plaintiff's First Amended Complaint, a copy of which is attached hereto and hereby served upon you.

/s/Elliot S. Wiczer

Elliot S. Wiczer (#06208432)
WICZER & ZELMAR, LLC
500 Skokie Blvd., Suite 350
Northbrook, IL  60062
(847) 849-4800

### CERTIFICATE OF SERVICE

   The undersigned, an attorney, hereby certifies that a copy of the above and foregoing Notice and First Amended Complaint were served upon the parties named above by depositing the same in the US Mail at 500 Skokie Boulevard, Northbrook, Illinois, before 5:00 p.m. on July 17, 2008, with proper first class postage being prepaid; or by sending the same via electronic transmission courtesy of the CM/ECF system for the Clerk of the United States District Court for the Northern District of Illinois.

/s/ Elliot S. Wiczer