IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HISENSE USA CORPORATION, a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 CV 3820 |
| KELLY & COHEN APPLIANCES, INC. d/b/a REX | ) ) ) | Judge Holderman |
| Defendant. | ) ) | Magistrate Judge Brown |

**MOTION FOR ENLARGEMENT OF TIME FOR THE DEFENDANT TO
ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S
FIRST AMENDED COMPLAINT**

NOW COMES the Plaintiff, HISENSE USA CORPORATION, a Delaware corporation, by and through its attorneys, and for its Motion for Enlargement of Time For the Defendant, KELLY & COHEN APPLIANCES, INC., d/b/a REX, to Answer or Otherwise Plead to Plaintiff's First Amended Complaint, states as follows:

1. On July 17, 2008, contemporaneously with the filing of this motion, the Plaintiff filed its First Amended Complaint.

2. The Amended Complaint substitutes one defendant for another, namely Kelly & Cohen Appliances, Inc. d/b/a REX as the new defendant.

3. In conversations with representatives of the former Defendant, the Plaintiff has been advised that the proper Defendant is now named in the First Amended Complaint.

4. The representative of the substituted Defendant, Kelly & Cohen Appliances, Inc., d/b/a REX, has requested an additional 60 days to answer or otherwise plead.

5. The Plaintiff has no objection to the extension of time because the Plaintiff and Defendant are seriously discussing resolution of this matter which would make this instant matter moot.

6. In addition, the Plaintiff has agreed to bring this motion so that Defendant would not need to retain local counsel needlessly increasing Defendant's cost of this litigation while the settlement negotiations are ongoing.

7. Subject to this court's agreement, the Plaintiff and Defendant have agreed that Defendant's Answer, Appearance and/or other pleading will be due no sooner than September 18, 2008.

WHEREFORE, the Plaintiff, HISENSE USA CORP. prays this Honorable Court enter an Order extending the time for which the Defendant, KELLY & COHEN APPLIANCE, INC., d/b/a REX, has to answer or otherwise plead to the First Amended Complaint to September 18, 2008, and for any other relief this Court deems just and fit.

Respectfully submitted,

HISENSE USA CORP.

By: /s/Elliot S. Wiczer

Elliot S. Wiczer (#06208432)
WIZER & ZELMAR, LLC
500 Skokie Boulevard, Suite 350
Northbrook, IL  60062
(847) 849-4800