IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HISENSE USA CORPORATION, a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 08 CV 3820 |
| KELLY & COHEN APPLIANCES, INC. d/b/a REX | ) ) ) | Judge Holderman |
| Defendant. | ) ) | Magistrate Judge Brown |

### NOTICE OF MOTION

To:   Edward Kress, Registered Agent
      10 Courthouse Plaza, SW
      Dayton, Ohio 45401-3808

PLEASE TAKE NOTICE that on August 7, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Holderman, in Courtroom 2541, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's Motion For Enlargement of Time for the Defendant to Answer or Otherwise Plead to Plaintiff's First Amended Complaint, a copy of which is hereby served upon you.

/s/Elliot S. Wiczer

Elliot S. Wiczer (#06208432)
WICZER & ZELMAR, LLC
500 Skokie Blvd., Suite 350
Northbrook, IL 60062
(847) 849-4800

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the above and foregoing Notice and Motion were served upon all counsel named above by depositing the same in the US Mail at 500 Skokie Boulevard, Northbrook, Illinois, before 5:00 p.m. on July 17, 2008, with proper first class postage being prepaid; or by sending the same via electronic transmission courtesy of the CM/ECF system for the Clerk of the United States District Court for the Northern District of Illinois.

/s/ Elliot S. Wiczer