**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Hisense USA Corporation, et al.

                          Plaintiff,

v.                                                    Case No.: 1:08−cv−03820
                                                   Honorable James F. Holderman

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable James F. Holderman: Plaintiff's motion for enlargement of time for the defendant to answer or otherwise plead to plaintiff's first amended complaint [8] is granted; defendant is given until 9/18/2008 to answer or otherwise plead to the first amended complaint. Status hearing set for 9/25/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.